### 14707.   THOMPSON *v.* THE STATE.

BROYLES, C. J.   1.  Where two brothers, A and B, marry women who are not kin to each other, the descendants of A are not related, either by consanguinity or by affinity, to the descendants of the sister of the wife of B.   *Oneal* v. *State,* 47 *Ga.* 230, 249; *Blalock* v. *Waldrup* 84 *Ga.* 145 (10 S. E. 622, 20 Am. St. R. 350).

> " The groom and bride each comes within
> The circle of the other's kin;
> But kin and kin are still no more
> Related than they were before."

Bleckley, C. J., in *Central Railroad Co.* v. *Roberts,* 91 *Ga.* 517 (18 S. E. 315).

(*a*) Under the above ruling, there is no merit in the special ground of the motion for a new trial, based upon the alleged relationship, within the prohibited degree, of one of the jurors to the deceased and the prosecutor in the case.

2. The verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 25, 1923.

Conviction of manslaughter; from Jefferson superior court — Judge Hardeman. May 7, 1923.

*James L. Dowling,* for plaintiff in error.

*Clifford E. Hay, solicitor-general,* contra.